David L. BALLINGER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73459.

Missouri Court of Appeals,
Western District,
Division One.

Dec. 20, 2011.

Frederick Ernst, Kansas City, MO, for Appellant.

John Reeves, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

David L. Ballinger appeals the denial of his Rule 24.035 motion for post-conviction

relief without an evidentiary hearing. We affirm. Rule 84.16(b).